# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| EMORY YAND,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendant. | Case No.: 3:24-cv-00081-MCR-ZCB<br><br>NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC |

**NOTICE IS HEREBY GIVEN** that Plaintiff Emory Yand and Defendant Equifax Information Services, LLC ("Equifax"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter, as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

　　//

1

Dated*:* July 16, 2024,

<u>/s/ Ryan D. Peterson</u>
Ryan D. Peterson, WI Bar No. 1070922
CONSUMER ATTORNEYS
6600 France Ave, Suite 602
Edina, Minnesota 55435
T: (651) 315-7656
F: (718) 715-1750
E: rpeterson@consumerattorneys.com

*Attorney for Plaintiff,*
*Emory Yand*
