# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| EMORY YAND,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendant. | Case No.: 3:24-cv-00081-MCR-ZCB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Emory Yand and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax. There are no remaining defendants in this matter.

Dated*:* August 14, 2024

| | |
|---|---|
| /s/ Ryan D. Peterson<br>Ryan D. Peterson, WI Bar No. 1070922<br>CONSUMER ATTORNEYS<br>6600 France Ave, Suite 602<br>Edina, Minnesota 55435<br>T: (651) 315-7656<br>F: (718) 715-1750<br>E: rpeterson@consumerattorneys.com<br><br>*Attorney for Plaintiff,*<br>*Emory Yand* | */s/ Nicole Sieb Smith*<br>NICOLE SIEB SMITH<br>Florida Bar No.: 0017056<br>E-mail: nsmith@rumberger.com<br>Rumberger, Kirk & Caldwell, P.A.<br>101 North Monroe Street, Suite 1050<br>Tallahassee, Florida 32301<br>Telephone: 850.222.6550<br>Facsimile: 850.222.8783<br><br>*Counsel for Defendant*<br>*Equifax Information Services LLC* |

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2024 I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Michael Adamski*